

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-15-00555-CV

Shirley Hale **MATHIS**,
Appellant

v.

Leticia R. **BENAVIDES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVQ-000161-D3A
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court